# Court of Appeals
# of the State of Georgia

ATLANTA,  October 09, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0094.  MICHAEL J. WOODRUFF v. DONNA WOODRUFF.**

Michael J. Woodruff seeks review of a protective order entered against him at the request of his ex-wife, Donna Woodruff.  Michael filed both a discretionary application, docketed as Case No. A12D0280, and this direct appeal.

We denied the discretionary application on March 9, 2012.  Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/09/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , Clerk.